FILED: July 21, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4174

(5:11-cr-00136-F-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

HERMAN LEE MCCRAY, JR.

      Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule. The briefing schedule is extended as follows:

    Appendix due: 08/04/2014

    Opening brief due: 08/04/2014

    Response brief due: 09/02/2014

    Any reply brief: 10 days from service of response brief.

No further extensions will be granted for the opening brief and appendix.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk