FILED: August 12, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4174

(5:11-cr-00136-F-1)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

HERMAN LEE MCCRAY, JR.

  Defendant - Appellant

_____

O R D E R

_____

  Upon consideration of submissions relative to the motion to seal, the court grants the motion to seal appellant's opening brief.

        For the Court

        <u>/s/ Patricia S. Connor, Clerk</u>