# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 3, 2014

_____

## RESPONSE REQUESTED
_____

No. 14-4174,    <u>US v. Herman McCray, Jr.</u>
          5:11-cr-00136-F-1

TO:    Richard Clarke Speaks

RESPONSE DUE: **09/15/2014**

Response is required to the motion to dismiss appeal. Response must be filed by the response due date shown in this notice.

Barbara H. Rowe, Deputy Clerk
804-916-2704